IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAUL M. STORMENT, JR.,
and PAUL M. STORMENT, JR., P.C.,

    Petitioner,

-vs-

INTERNAL REVENUE SERVICE
and DANIEL L. HOLMES,

    Respondent.                NO. 11-CV-553-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Hearing held by this Court on June 29, 2011, and for the reasons stated in open Court, The Complaint for Preliminary Hearing for Injunction Pursuant to Rule 65 is **DENIED**. Furthermore, the auction which was the subject of request for injunction has occurred rendering the purpose of an injunction moot. Therefore, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                **BY:**     /s/*Sandy Pannier*
                                                   Deputy Clerk

Dated: July 12, 2011

                        David R. Herndon
                        2011.07.12 13:54:16 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT